AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

a Grey Samsung Digital Dual Band Camera Cell Phone,
Model # SCH-A670, FCC ID: A3LSCHA670 ("Phone C")

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

FILED
SEP 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05 - 0510 M - 01

(Further described below)

I __Bridget C. Thomas, Special Agent__ being duly sworn depose and say:

I am a(n) __Special Agent Bridget C. Thomas, with the Federal Bureau of Investigation__ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

See Attachment A

a Grey Samsung Digital Dual Band Camera Cell Phone, Model # SCH-A670, FCC ID: A3LSCHA670 ("Phone C")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

SEE ATTACHMENT AFFIDAVIT FOR A MORE COMPLETE DESCRIPTION.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence of the commission of a criminal offense and designed or intended for use and which
is or has been used as the means of committing a criminal offense.

concerning a violation of Title _18_ United States Code, Section(s) _2421, 2423(a), 1591_. The facts to support a finding
of Probable Cause are as follows: D.C.C. § 22-3008

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES  ☐ NO

_____
William M. Blier, Chief
Transnational/Major Crimes
(202) 514-6950

X _Bridget C. Thomas_
Signature of Affiant
Bridget C. Thomas, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

SEP 27 2005
Date
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

_JM Facciola_
Signature of Judicial Officer