AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

a Grey Samsung Digital Dual Band Camera Cell Phone, Model # SCH-A670, FCC ID: A3LSCHA670 ("Phone C")

**SEARCH WARRANT**

CASE NUMBER: 05 - 0510 M - 01.

TO:  Bridget C. Thomas    and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Bridget C. Thomas_ . who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

a Grey Samsung Digital Dual Band Camera Cell Phone, Model # SCH-A670, FCC ID: A3LSCHA670 ("Phone C")

See Attachment A

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

[See Attachment affidavit for a more complete description]

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _October 5, 2005_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 27 2005

at Washington, D.C.

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

_John M. Facciola_
Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9-27-05 | 10/5/05 @ 1:30 pm | |

INVENTORY MADE IN THE PRESENCE OF   NA.

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

The warrant was executed on 10/5/05 (Oct) and a search of the phone was started, the search was stopped prematurely due to the battery not working properly. Once a charger was located the search was concluded @ a later date. The contents of phone include several phone numbers, with dates and times, as well as 18 pictures (some sexually explicit material).

**FILED**

DEC 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x Bridget Thomas

Subscribed, sworn to, and returned before me this date.

John M. Facial    12/13/05
U.S. Judge or U.S. Magistrate Judge    Date